# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| FERNANDO DEL VALLE,<br>   Plaintiff,<br>v.<br>COUNTY OF SONOMA, et al.,<br>   Defendants. | Case No. 17-cv-03611-JSW<br><br>**ORDER RESOLVING DISCOVERY DISPUTE AND EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY**<br><br>Re: Dkt. No. 63 |
|---|---|

The Court has received and considered the parties' joint letter brief regarding the dispute over scheduling depositions and whether the deadline to complete fact discovery should be extended solely for Plaintiff or for all parties.[1] In light of the entry of new counsel into the case, the Court will grant a brief extension of the deadline to complete fact discovery for all parties. The Court extends the deadline to complete fact discovery from October 5, 2018 to November 5, 2018. With respect to the depositions referenced in the letter brief, the parties shall meet and confer, as that term is defined in Northern District Civil Local Rule 1-5(n), and in good faith to find mutually agreeable dates for those depositions, which the parties shall complete by no later than September 14, 2018.

**IT IS SO ORDERED.**

Dated: July 25, 2018

_____
JEFFREY S. WHITE
United States District Judge

---

[1] In the future, if the parties submit joint letter briefs setting forth discovery disputes, they are ADMONISHED to electronically file those disputes using the Civil Events Category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."