UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DEL VALLE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>Defendants. | Case No. 17-cv-03611-JSW<br><br>**ORDER REGARDING DEFENDANT'S MOTION IN LIMINE 3**<br><br>Re: Dkt. Nos. 217, 265-266 |

At the pretrial conference, the Court reserved ruling on several aspects of Defendant's motion in limine number three, in which he seeks to: (1) prohibit Plaintiff from introducing evidence of video recordings of his ex-wife Kirsten Roberts; (2) prohibiting Plaintiff from asserting the marital privilege; and (3) prohibiting Plaintiff's counsel from treating Ms. Roberts as an adverse witness or cross-examining her as a witness in an effort to impeach her statements or impugn her credibility. The Court reserved ruling on the first two requests pending testimony at trial. It ordered supplemental briefing on the last request, which was based on Defendant's assertion that Plaintiff's counsel also represented Ms. Roberts in connection with the investigation of the events that give rise to this lawsuit.

In the supplemental brief ordered by the Court, Plaintiff, through counsel, concedes that his counsel represented Ms. Roberts during her interview with the Santa Rosa Police Department. On that basis, he no longer opposes Defendant's third request. Accordingly, the Court GRANTS, IN PART, Defendant's third motion in limine. Plaintiff shall not be permitted to call Ms. Roberts as an adverse witness and shall not be permitted to cross-examine her as a witness in an effort to

impeach her statements or impugn her credibility.[1]

The Court continues to reserve rulings on the first two issues raised by Defendant's motion.

**IT IS SO ORDERED**.

Dated: April 6, 2021

_____
JEFFREY S. WHITE
United States District Judge

---

[1] The Court intends its ruling to apply to Plaintiff. Therefore, both of his attorneys are bound by this ruling.